

# NUMBER 13-20-00266-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

GUADALUPE CANTU JR.,                                    Appellant,

v.

JANIE MARIE CANTU,                                        Appellee.

**On appeal from the 430th District Court
of Hidalgo County, Texas.**

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Tijerina
Memorandum Opinion by Justice Tijerina**

On July 13, 2020, appellant filed a notice of appeal. On July 29, 2020, the clerk of the court notified appellant that the notice of appeal was not timely perfected and failed to comply with the Texas Rules of Appellate Procedure 9.5 and 25.1; the notice indicated the appeal would be dismissed if the defects were not cured within ten days. Additionally, on December 2, 2020, the clerk of the court notified appellant for a second time that she

was delinquent in remitting a $205.00 fee to the Court. We have not received a response to either notice, and the defects remain uncured.

Appellant failed to respond to the Court's notices and has made no other filing in this cause. Accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c).

JAIME TIJERINA
Justice

Delivered and filed on the
25th day of March, 2021.